**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000074
29-APR-2020
09:57 AM**

NO. CAAP-20-0000074


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


M & W5 CORPORATION, Plaintiff-Appellee, v.
MARC L. WONG, Defendant-Appellant


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1RC19-1-281)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of the Proposed Stipulation for Dismissal Without Prejudice of the Appeal Entered From Judgment For Possession and Writ of Possession, Filed on Jan. 16, 2020, and Proposed Orders, Filed Feb. 14, 2020 (**Stipulation**), filed April 14, 2020, by Defendant-Appellant Marc L. Wong, the papers in support, and the record, it appears that (1) the parties stipulate to dismiss the appeal without prejudice and bear their own attorneys' fees and costs on appeal; (2) the Stipulation is dated and signed by counsel for all parties appearing in the

appeal; (3) the appeal has been docketed; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved in part and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, April 29, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge